ALONZO BRADNER et al., as Executors, etc., *v.* LAUREN C. WOODRUFF et al., Surviving Trustees, etc.

In the Matter of the Petition of NICHOLAS JOHANTGEN, Respondent, *v.* REUBEN WHITEMAN, Receiver, etc., Appellant.

(Argued January 18, 1887; decided January 25, 1887.)

*Martin W. Cooke* for appellant.

*Theodore Bacon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

––––––––––

CHARLES P. DE GRAFF et al., Respondents, *v.* PATRICK H. CUMMINS, Appellant.

(Argued January 18, 1887; decided January 25, 1887.)

*M. L. Stover* for appellant.

*W. L. Van Denbergh* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.